[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11914
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 25, 2008
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00720-CV-CG-M

BILL SALTER ADVERTISING, INC.,

Plaintiff-Appellant,

versus

CITY OF ATMORE,
a municipal corporation of the State of Alabama,
ALLEN NIX,
as Building Inspector of the City of Atmore,
TROY KING,
as Attorney General of the State of Alabama,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(September 25, 2008)**

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

The Plaintiff, Bill Salter Advertising, Inc. ("BSA") appeals, challenging the district court's denial of BSA's motion for summary judgment and the grant of summary judgment in favor of the Defendants.

At issue on this appeal are BSA's challenges to § 9.521 and Note 7 of an ordinance promulgated by the City of Atmore in 1998.

We have carefully considered BSA's arguments and relevant parts of the record. We conclude that the district court properly determined that BSA's constitutional attacks on § 9.521 and Note 7 were without merit. Summary judgment in favor of the Defendants was proper.

AFFIRMED.